UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI, Attorney General, Department of Justice, in her official capacity, et al.,<br><br>Defendants. | Case No.: 25-cv-00805-AJB-JLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. No. 2)** |

    Before the Court is a motion for leave to proceed in forma pauperis filed by Jane Doe ("Plaintiff"),[1] who is presently detained at the Otay Mesa Detention Center and proceeding through pro bono counsel. (Doc. Nos. 1, 2.) On April 3, 2025, Plaintiff filed a Petition for Mandamus and Complaint for Declaratory and Injunctive Relief, requesting the Court to compel the Board of Immigration Appeals to adjudicate her pending motion to reopen removal proceedings before she is deported to Cambodia on a potentially invalid removal order. (Doc. No. 1 at 1–2.)

---

[1] Plaintiff notes that she intends to file a motion to proceed under pseudonym based on the sensitive, personal information and risk to her if her location and facts related to her asylum and related claims become known to her persecutors. (Doc. No. 1 at 2 n.1.)

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir.1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir.1965). Whether to grant or deny a motion to proceed in forma pauperis is "committed to the sound discretion of the district court." *Id.*

The Court has reviewed Plaintiff's affidavit, which describes her assets, expenses, and other circumstances explaining why she cannot pay the costs of these proceedings. (Doc. No. 2.) The Court finds the affidavit sufficient to show that Plaintiff is unable to pay the fees or post securities required to maintain this action. Accordingly, the Court **GRANTS** Plaintiff's motion for leave to proceed in forma pauperis. The Clerk of Court is instructed to allow the filing of the Petition without prepayment of the filing fee.

**IT IS SO ORDERED**.

Dated: April 7, 2025

Hon. Anthony J. Battaglia
United States District Judge